JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-5666 BHS |
| Plaintiff, | ORDER GRANTING MOTION TO SEAL APPENDIX A TO DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| MELINDA ERSLAND, | |
| Defendant. | |

THIS MATTER having come before the undersigned on the motion of defendant, Melinda Ersland, and Assistant Federal Public Defender Jerome Kuh, in that she be permitted to file Appendix A to Defendant's Sentencing Memorandum under seal, it is hereby

ORDERED that the defendant shall be permitted to file Appendix A to Defendant's Sentencing Memorandum under seal.

DONE this ___ day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jerome Kuh*
Jerome Kuh
Attorney for Melinda Ersland

ORDER GRANTING MOTION TO
CONTINUE SENTENCING DATE
(United States v. Ersland, CR13-5666 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710